# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 26, 2012

146087-8

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

AUSTIN MICHAEL WYNN,
        Defendant-Appellant.

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

SC: 146087-8
COA: 305382, 305384
Branch CC: 10-089451-FC
            10-089436-FC

_____/

      On order of the Court, the application for leave to appeal the September 20, 2012 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 26, 2012

_____
Clerk

t1217